**Opinion issued October 11, 2012**



In The

# Court of Appeals

**For The**

# First District of Texas

---

**NO. 01-12-00450-CV**

---

**IN THE INTEREST OF M.J.L.**

---

**On Appeal from the 279th District Court**
**Jefferson County, Texas**
**Trial Court Cause No. F-187,875-C**

---

## MEMORANDUM OPINION

Appellant, Leslie Marie Jeanmard, has neither established indigence nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1 (listing requirements for establishing indigence), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault).

After being notified that this appeal was subject to dismissal, appellant did not adequately respond.  *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal).

We dismiss the appeal for want of prosecution.  We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.